CLARK-JOHNSON MEDICINE COMPANY, Appellant, *v.* ALLEN S. OLMSTED, Respondent.

*Clark-Johnson Medicine Co.* v. *Olmsted,* 119 App Div. 867, affirmed. (Argued April 23, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

9, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain an alleged infringement of a trade mark and for an accounting.

*Charles J. McDermott* and *James W. McDermott* for appellant.

*Edmund Wetmore* and *Edward P. White* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.